PEOPLES BANK OF HAMBURG, Appellant, *v.* GATES, INC., Defendant, and COLUMBIA CASUALTY COMPANY, Respondent.

(Argued December 4, 1931; decided January 5, 1932.)

562

*John W. Ryan* and *Harold V. Cook* for appellant.
*Hamilton Ward* and *Julius A. Schreiber* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.